```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

AGATHA THOMAS,
MARIE EDWARD, and
ANGEL DANCIL, individually, and
as class representatives of others
similarly situated,

       Plaintiffs,
v.                        Case No. 8:17-cv-1586-T-33MAP

CARRINGTON'S CARING ANGELS, LLC,
STEPHANIE CARRINGTON, individually,
RONSHAI DAVIS, individually,
AAJA LOVE CARE, INC.,
a domestic corporation,

       Defendants.
_____/

**ORDER**

This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 43), filed on December 7, 2017, recommending that the Plaintiffs' motion for entry of default final judgment against Defendant Ronshai Davis (Doc. # 42) be denied without prejudice. As of the date of this Order, no objections to the Report and Recommendation have been filed and the time for objections has now passed.

**Discussion**

After conducting a careful and complete review of the findings and recommendations, a district judge may accept,

reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the magistrate judge and the recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Report and Recommendation (Doc. # 43) is **ACCEPTED** and **ADOPTED**.

(2) Plaintiffs' motion for entry of default final judgment against Defendant Ronshai Davis (Doc. # 42) is hereby **DENIED** without prejudice.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>27th</u> day of December, 2017.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE